FILED

09/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0059

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0059

STATE OF MONTANA,

Plaintiff and Appellee,

v.

RICHARD LAMAR RUTLEDGE,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including October 18, 2024, within which to prepare, serve, and file its response brief.

**MPD**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 17 2024